Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| THAD LESZCZYNSKI, | ) | No.  EDCV 06-1125 AJW |
| | ) | |
|     Plaintiff, | ) | ORDER AWARDING EAJA FEES |
|     v. | ) | |
| MICHAEL J. ASTRUE[1], | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND EIGHT HUNDRED DOLLARS and 00/cents ($2,800.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED:  August 28, 2007      / S /

                                    _____
                                    HON ANDREW J. WISTRICH,

---

[1] On February 1, 2007, Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be the Commissioner of Social Security. He was confirmed for a six year term that ends January 19, 2013.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES MAGISTRATE JUDGE